IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

```
-----------------------------------------------------------X
In re:                                                      :     Chapter 13
                                                            :
Maryse Junie Desrosiers                                     :     Case No.  22−12866 MCR
                                                            :
                Debtors.                                    :
                                                            :
-----------------------------------------------------------X
```

### DEBTOR'S AFFIDAVIT REQUESTING DISCHARGE

The Chapter 13 trustee has filed a notice of completion in my case and I am hereby requesting that the Court issue a discharge. I declare under penalty of perjury to the following: *(Complete all sections and provide all required information.)*

1. The following creditors hold a claim that is not discharged under 11 U.S.C. § 523(a)(2) or (a)(4) or a claim that was affirmed under 11 U.S.C. § 524(c): provide name, address, and telephone number of each such creditor)

   Name: _____
   Address: _____
            _____

   Telephone Number: _____

   Name: _____
   Address: _____
            _____

   Telephone Number: _____

   Name: _____
   Address: _____
            _____

   Telephone Number: _____

2. I have not received a discharge in a Chapter 7, 11, or 12 bankruptcy case that was filed within 4 years prior to the filing of this Chapter 13 bankruptcy case.

3. I have not received a discharge in another Chapter 13 bankruptcy case that was filed within 2 years prior to the filing of this Chapter 13 bankruptcy case.

LBF-P v.2024

4.     I did not claim any exemptions in any property (real or personal) in excess of the applicable amounts set forth in 11 U.S.C. § 522(p) and § 522(q).

5.     There is not currently pending any proceeding in which I may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

6.     COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT PURSUANT TO 11 U.S.C. § 1328(g)(1)

    *[Complete one of the following statements]*

    ☒ I certify that I completed an instructional course in personal financial management provided by **Allen Credit & Debt Counseling Agency**, an approved personal financial management instruction provider.

    *[Check the appropriate box]*

        ☒ A certificate of completion of the personal financial management course was previously filed with the Court.

        OR

        ☐ A certificate of completion of the personal financial management instruction course is attached.

    OR

    ☐ I certify that no personal financial management course is required because:

    *[Check the appropriate box]*

        ☐ I am incapacitated or disabled, as defined in 11 U.S.C. § 109(h)(4).

        OR

        ☐ I am on active military duty in a military combat zone.

        OR

        ☐ I reside in a district in which the United States Trustee has determined that the approved instructional courses are not adequate at this time to serve the individuals who would otherwise be required to complete such courses.

7.     CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS PURSUANT TO 11 U.S.C. § 1328(a)

*[Complete one of the following statements]*

☒ I certify that I am not currently required, nor at any time during the period of this bankruptcy case have been required, by a judicial or administrative order, or by statute, to pay a domestic support obligation.

OR

☐ I am required by judicial or administrative order, or by statute, to pay a domestic support obligation as defined in 11 U.S.C. § 101(14A). (This refers to a debt in the nature of alimony, maintenance, or support owed to or recoverable by (i) a spouse, former spouse, or child of the debtor or such child's parent, legal guardian, or responsible relative, or (ii) a governmental unit.) The name, address, and telephone number of each holder of a domestic support obligation is as follows:

Name: _____
Address: _____

Telephone Number: _____

Name: _____
Address: _____

Telephone Number: _____

Name: _____
Address: _____

Telephone Number: _____

*[check the appropriate box]*

☐ I certify that all amounts payable under such order or such statute that are due on or before the date of this affidavit (including amounts due before the petition was filed but only to the extent provided for by the plan) have been paid.

OR

☐ I have executed, and the Court has approved, a written waiver of discharge pursuant to 11 U.S.C. § 1328(a).

8.     My current address is:    PO Box 83861
                                                           Gaithersburg, MD 20878

9.     The name and address of my most recent/current employer is:

        Name:         N/A
        Address:

I declare under penalty of perjury that all of the above statements are true and correct to the best of my knowledge, information, and belief and that the Court may rely on the truth of each statement in determining whether to grant me a discharge in this case. I further state that I understand that the Court may revoke my discharge if such order of discharge was procured by fraud.

DATE:    9/8/2025                     /s/ Maryse J. Desrosiers
                                                     (Signature of Debtor)
                                                         Maryse Desrosiers

## NOTICE OF OPPORTUNITY TO OBJECT

Any objections to the accuracy of this affidavit must be filed within fourteen (14) days of the date of service of this affidavit. If no objection is filed, the Court will consider entering a discharge order in this case without further notice or opportunity for a hearing.

CERTIFICATE OF SERVICE

I hereby certify that, on the ___8th___ day of _____September_____, 2025_, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Debtor's Affidavit Requesting Discharge will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan cmecf@chapter13maryland.com

William R. Feldman wfeldman@wfeldmanlaw.com, acurtis@wfeldmanlaw.com

Jordan M. Spivok jspivok@psclaw.net

Nicole A. Williams nwilliams@reesbroome.com, efox@reesbroome.com

I hereby further certify that, on the ___8th___ day of _____September_____, 2025_, a copy of the foregoing Debtor's Affidavit Requesting Discharge was also mailed first class mail, postage prepaid, to:

    See attached matrix

                                      /s/ Daniel M. Press
                                      Debtor's Counsel

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 22-12866<br>District of Maryland<br>Greenbelt<br>Mon Sep  8 15:43:21 EDT 2025 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Signal Financial Federal Credit Union<br>Attn: Jordan M. Spivok,<br>4330 East West Highway<br>Suite 900<br>Bethesda, MD 20814-4454 |
| The Greens of Warther, A Condominium<br>c/o Rees Broome, PC<br>1900 Gallows Road, Suite 700<br>Tysons Corner, VA 22182-3886 | Aidvantage<br>PO Box 9635<br>Wilkes Barre, PA 18773-9635 | Aidvantage on behalf of<br>Dept of Ed Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 |
| American Express National Bank<br>115 W Towne Ridge Pkwy<br>Sandy, UT 84070-5511 | Calvary Portfolio Serv<br>1 American Lane, Suite 220<br>Greenwich, CT 06831-2563 | Cavalry SPV I, LLC<br>PO Box 4252<br>Greenwich, CT 06831-0405 |
| Citibank<br>PO Box 7690004<br>San Antonio, TX 78245-0004 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | Greens of Warther HOA<br>MTM Management<br>26223 Ridge Rd<br>Damascus, MD 20872-1829 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JP Morgan Chase Bank<br>PO Box 15369<br>Wilmington, DE 19850-5369 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| Jordan Spivok Trustee<br>4330 East West Hwy Ste 900<br>Bethesda, MD 20814-4454 | Kimberly B. Stephens<br>Comptroller of Maryland<br>301 West Preston Street<br>Room 410<br>Baltimore, MD 21201-2383 | Laurie H Lyons<br>PO Box 1269<br>136 GAITHER DR #100<br>Mount Laurel, NJ 08054-1725 |
| Navient<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 | Neal J Markowitz<br>4645 Executive Dr<br>Columbus, OH 43220-3601 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Rees Broome<br>1900 Gallows Rd Ste 700<br>Vienna, VA 22182-3886 | Sears<br>PO Box 9001055<br>Louisville, KY 40290-1055 | (p)SIGNAL FINANCIAL FCU<br>3015 UNIVERSITY BLVD W<br>KENSINGTON MD 20895-1936 |
| Signal Financial Federal Credit Union<br>c/o Protas, Spivok & Collins, LLC<br>4330 East West Highway Suite 900<br>Bethesda, MD 20814-4454 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | Taxing Authority of Montgomery County<br>Division of Treasury<br>255 Rockville Pike, Ste.  L-15<br>Rockville, MD 20850-4188 |
| Tenaglia & Hunt<br>9211 Corporate Blvd #130<br>Rockville, MD 20850-3873 | US Attorney for the District of Maryland<br>6406 Ivy Ln Suite 800<br>Greenbelt, MD 20770-1435 | US Dept of Education<br>400 Maryland Avenue, SW<br>Washington, DC 20202-0008 |

| | | |
|---|---|---|
| Daniel M. Press<br>Chung & Press, P .C.<br>6718 Whittier Ave., Ste. 200<br>McLean, VA 22101-4531 | Jordan M. Spivok<br>Protas Spivok & Collins, LLC<br>4330 East West Highway, Suite 900<br>Bethesda, MD 20814-4454 | Maryse Junie Desrosiers<br>PO Box 83861<br>Gaithersburg, MD 20883-3861 |
| Timothy P. Branigan<br>9891 Broken Land Parkway<br>Suite 301<br>Columbia, MD 21046-3002 | Wayne Gordon<br>Long And Foster Real Estate INC<br>189 Kentlands Blvd.<br>North Potomac, MD 20878-5454 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of The Treasury<br>Compliance Division, Room 409<br>301 W Preston St<br>Baltimore, MD 21201-2305 | (d)Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| Signal Financial FCU<br>3015 University Blvd W<br>Kensington, MD 20895-1936 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (d)The Greens of Warther, A Condominium<br>c/o Rees Broome, PC<br>1900 Gallows Road, Suite 700<br>Tysons Corner, VA 22182-3886 | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     2<br>Total                  36 |