United States Bankruptcy Court
District of Maryland

In re:                                                                                           Case No. 22-12866-MCR
Maryse Junie Desrosiers                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 3
Date Rcvd: Sep 26, 2025      Form ID: 3180W      Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maryse Junie Desrosiers, PO Box 83861, Gaithersburg, MD 20883-3861 |
| aty | + | Jordan M. Spivok, Protas Spivok & Collins, LLC, 4330 East West Highway, Suite 900, Bethesda, MD 20814-4454 |
| cr | + | Signal Financial Federal Credit Union, Attn: Jordan M. Spivok,, 4330 East West Highway, Suite 900, Bethesda, MD 20814-4454 |
| r | + | Wayne Gordon, Long And Foster Real Estate INC, 189 Kentlands Blvd., North Potomac, MD 20878-5454 |
| 32031747 | | Citibank, PO Box 7690004, San Antonio, TX 78245-0004 |
| 32031749 | + | Greens of Warther HOA, MTM Management, 26223 Ridge Rd, Damascus, MD 20872-1829 |
| 32031751 | + | Jordan Spivok Trustee, 4330 East West Hwy Ste 900, Bethesda, MD 20814-4454 |
| 32031755 | + | Neal J Markowitz, 4645 Executive Dr, Columbus, OH 43220-3601 |
| 32031756 | + | Rees Broome, 1900 Gallows Rd Ste 700, Vienna, VA 22182-3886 |
| 32049758 | | Signal Financial Federal Credit Union, c/o Protas, Spivok & Collins, LLC, 4330 East West Highway Suite 900, Bethesda, MD 20814-4454 |
| 32037373 | + | The Greens of Warther, A Condominium, c/o Rees Broome, PC, 1900 Gallows Road, Suite 700, Tysons Corner, VA 22182-3886 |
| 32031760 | + | US Attorney for the District of Maryland, 6406 Ivy Ln Suite 800, Greenbelt, MD 20770-1435 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: cmecf@chapter13maryland.com | Sep 26 2025 19:16:00 | Timothy P. Branigan, 9891 Broken Land Parkway, Suite 301, Columbia, MD 21046-3002 |
| 32031744 | + | EDI: MAXMSAIDV | Sep 26 2025 23:09:00 | Aidvantage, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 32075617 | + | EDI: MAXMSAIDV | Sep 26 2025 23:09:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 32031745 | + | Email/PDF: bncnotices@becket-lee.com | Sep 26 2025 19:26:36 | American Express National Bank, 115 W Towne Ridge Pkwy, Sandy, UT 84070-5511 |
| 32053050 | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2025 19:26:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32031748 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Sep 26 2025 19:16:00 | Comptroller of The Treasury, Compliance Division, Room 409, 301 W Preston St, Baltimore, MD 21201-2305 |
| 32031746 | + | Email/Text: bankruptcy@cavps.com | Sep 26 2025 19:17:00 | Calvary Portfolio Serv, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 32033544 | + | Email/Text: bankruptcy@cavps.com | Sep 26 2025 19:17:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 32031750 | + | EDI: IRS.COM | Sep 26 2025 23:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32031752 | | EDI: JPMORGANCHASE | Sep 26 2025 23:09:00 | JP Morgan Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |

| District/off: 0416-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: 3180W | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 32050836 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 26 2025 19:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32134109 | ^ | MEBN | Sep 26 2025 19:12:34 | Kimberly B. Stephens, Comptroller of Maryland, 301 West Preston Street, Room 410, Baltimore, MD 21201-2383 |
| 32031753 | + | Email/Text: BKNotice@ldvlaw.com | Sep 26 2025 19:16:00 | Laurie H Lyons, PO Box 1269, 136 GAITHER DR #100, Mount Laurel, NJ 08054-1725 |
| 32031754 | | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 26 2025 19:26:25 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 32070646 | | EDI: PRA.COM | Sep 26 2025 23:09:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 32031758 | | Email/Text: lbourne@signalfinancialfcu.org | Sep 26 2025 19:16:00 | Signal Financial FCU, 3015 University Blvd W, Kensington, MD 20895-1936 |
| 32031757 | | EDI: CITICORP | Sep 26 2025 23:09:00 | Sears, PO Box 9001055, Louisville, KY 40290-1055 |
| 32031785 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Sep 26 2025 19:17:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32031787 | ^ | MEBN | Sep 26 2025 19:12:12 | Taxing Authority of Montgomery County, Division of Treasury, 255 Rockville Pike, Ste. L-15, Rockville, MD 20850-4188 |
| 32031759 | + | Email/Text: ClericalSupport@tenagliahunt.com | Sep 26 2025 19:16:00 | Tenaglia & Hunt, 9211 Corporate Blvd #130, Rockville, MD 20850-3873 |
| 32031761 | + | Email/Text: edbknotices@ecmc.org | Sep 26 2025 19:16:00 | US Dept of Education, 400 Maryland Avenue, SW, Washington, DC 20202-0008 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | The Greens of Warther, A Condominium, c/o Rees Broome, PC, 1900 Gallows Road, Suite 700, Tysons Corner, VA 22182-3886 |
| 32054036 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32070592 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32031786 | *P++ | COMPTROLLER OF MARYLAND, BANKRUPTCY UNIT, 7 ST PAUL STREET SUITE 230, BALTIMORE MD 21202-1626, address filed with court:, Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2025          Signature:          /s/Gustava Winters

| District/off: 0416-0 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: 3180W | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Jordan M. Spivok | jspivok@psclaw.net |
| Nicole A. Williams | nwilliams@reesbroome.com  efox@reesbroome.com |
| Timothy P. Branigan | cmecf@chapter13maryland.com |
| William R. Feldman | wfeldman@wfeldmanlaw.com  acurtis@wfeldmanlaw.com |

TOTAL: 5

Entered: September 26, 2025
Signed:  September 26, 2025

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Maryse Junie Desrosiers**<br>First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–2142**<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing)  First Name   Middle Name   Last Name | Social Security number or ITIN  \_ \_ \_ \_<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court  **District of Maryland** | |
| Case number:  **22–12866 MCR**    Chapter:  **13** | |

# Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Maryse Junie Desrosiers

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2**

Form 3180W                                Chapter 13 Discharge                                       page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**